# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 8065 | **DATE** | ½/2001 |
| **CASE TITLE** | Melvin Jessup vs. National Railroad | | |

**MOTION:**

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1)  ☐  Filed motion of [ use listing in "Motion" box above.]

(2)  ☐  Brief in support of motion due _____.

(3)  ☐  Answer brief to motion due_____.  Reply to answer brief due_____.

(4)  ☐  Ruling/Hearing on _____ set for _____ at _____.

(5)  ☐  Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6)  ☐  Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7)  ☐  Trial[set for/re-set for] on _____ at _____.

(8)  ☐  [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9)  ☐  This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10)  ■  [Other docket entry]  Enter Memorandum Opinion and Order.  For the reasons stated, Jessup's application is denied (3-1) and his motion for appointment of counsel is granted. (4-1) This Court hereby appoints Yvonne Owens, Owens & Associates, P.C., 135 South LaSalle St., Ste. 2700, Chicago, 60603 (312)-580-9917 to represent the plaintiff.  This action is set for an initial status hearing on February 13, 2001 at 9:00 a.m.

(11)  ■  [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | number of notices | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | | |
| ✓ | Notices mailed by judge's staff. | | | | |
| | Notified counsel by telephone. | | JAN 08 2001 date docketed | | |
| | Docketing to mail notices. | | | docketing deputy initials | |
| | Mail AO 450 form. | | | 1/4/2001 | |
| | Copy to judge/magistrate judge. | | | date mailed notice | |
| SN | courtroom deputy's initials | | | SN mailing deputy initials | |
| | | Date/time received in central Clerk's Office | | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MELVIN JESSUP,                          )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )    No.  00 C 8065
                                        )
NATIONAL RAILROAD PASSENGER CORP.       )
R.869 CHI. UNION STATION-CHI.           )
60606,                                  )
                                        )
                    Defendant.          )

## MEMORANDUM OPINION AND ORDER

Melvin Jessup ("Jessup") has submitted a Complaint of
Employment Discrimination against his ex-employer National
Railroad Passenger Corporation ("Amtrak"), using the form
provided by this District Court Clerk's Office for use by civil
litigants without lawyers.  In addition, Jessup has accompanied
his Complaint with a filled-out Application To Proceed Without
Prepayment of Fees ("Application") and a filled-out Motion for
Appointment of Counsel ("Motion"), each of which has also
utilized Clerk-provided forms.  For the reasons stated in this
memorandum opinion and order, the Application is denied based on
Jessup's undertaking in that respect, the Motion is granted and
an initial status hearing date is established for this action to
go forward.

First as to the Application, part of Jessup's filling out of
the form includes his statement that "after January 1, 2001 I can
pay filing fee."  In that light, the Application as described in

its caption is denied, although Jessup's showing of his financial condition does justify the appointment of pro bono counsel.

As for the Motion, then, it is granted. This Court has obtained the name of this member of this District Court's trial bar, who is hereby appointed to represent Jessup:

> Yvonne Owens
> Owens & Associates, P.C.
> 135 South LaSalle Street
> Suite 2700
> Chicago IL 60603
> (312) 580-9917

From this Court's examination of the Complaint and the Charge of Discrimination that Jessup had lodged with EEOC as a precondition to filing this action, it is clear that both his appointed counsel and Amtrak's counsel should be prepared to address the issue of that Charge's timeliness at or before the initial status hearing. According to the Charge, Amtrak suspended and then terminated Jessup as a passenger train conductor back in August 1998, almost two years before Jessup filed his EEOC Charge in July 2000. But according to Jessup it was not until January 2000 that he learned that a younger female passenger agent had been involved in a like offense but was assertedly treated more favorably than Jessup had been (she was reinstated after her termination), so that it was only at that much later date that Jessup had reason to know or believe that he had received disparate (and hence assertedly discriminatory) treatment.

If then equitable tolling applies to the period between Jessup's own termination and his receipt of that additional information, his July 2000 filing of the Charge of Discrimination would be within the applicable 300-day time limit. If such is not the case, the Charge would have been untimely, and this action would be subject to dismissal.

That of course remains to be seen. In the meantime, this action is set for an initial status hearing date at 9 a.m. February 13, 2001.

Milton I. Shadur
Senior United States District Judge

Date: January 2, 2001